Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Frances E. Walker
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 11 2023

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEO JOHN YALLUP,<br><br>Defendants. | 1:23-CR- 2016-MKD<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 111(a)(1), (b)<br>Assault on Federal Officers with a Deadly Weapon<br>(Count 1)<br><br>18 U.S.C. § 924(c)(1)(A)(ii)<br>Using, Carrying, Brandishing a Firearm During and in Relation to a Crime of Violence<br>(Count 2)<br><br>18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about March 2, 2023, in the Eastern District of Washington, the Defendant, LEO JOHN YALLUP, forcibly assaulted, J.G., D.B., and B.L., who

INDICTMENT – 1

were federal officers or employees engaged in their official duties, with a deadly or dangerous weapon, specifically a firearm, in violation of 18 U.S.C. § 111(a)(1) and (b).

## COUNT 2

On or about March 2, 2023, in the Eastern District of Washington, the Defendant, LEO JOHN YALLUP, did knowingly brandish, carry, and use a firearm to wit, a Glock, 9mm handgun bearing serial number ADYC162 and a Taurus 9mm handgun bearing serial number ABE627241, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Assault on Federal Officers, as alleged in Count 1 of this Indictment, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(a)(ii), as set forth in this Indictment, the Defendant, LEO JOHN YALLUP, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- Glock 9mm handgun bearing serial number ADYC162 with a live round in the chamber and a loaded magazine;

INDICTMENT – 2

- Taurus 9mm handgun bearing serial number ABE627241 with a live round in the chamber and a loaded magazine; and,

- Two holsters.

DATED this 11 day of April 2023.

A TRUE BILL

███

Foreperson

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Frances E. Walker*
Frances E. Walker
Assistant United States Attorney

INDICTMENT – 3