FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2023

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** LEO JOHN YALLUP    **CASE NO.** 1:23-CR- 2016-MKD

**TOTAL # OF COUNTS:** 2    ☑ **FELONY**   ☐ **MISDEMEANOR**   ☐ **PETTY OFFENSE**

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 111(a)(1),(b) | Assault on Federal Officers with a Deadly Weapon | CAG not more 20 years; and/or $250,000 fine; 3 years supervised release; a $100 special penalty assessment |
| 2 | 18 U.S.C. § 924(c)(1)(A)(ii) | Using, Carrying, Brandishing a Firearm During and in Relation to a Crime of Violence | CAG not less than 7 years and up to life imprisonment; and/or $250,000 fine; 5 years supervised release; a $100 special penalty assessment |
|   | 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) | Forfeiture Allegations |   |