AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Apr 11, 2023
SEAN F. McAVOY, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LEO JOHN YALLUP | ) | Case No. 1:23-CR-2016-MKD |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* LEO JOHN YALLUP,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 111(a)(1), (b) Assault on Federal Officers with a Deadly Weapon; and
Count 2: 18 U.S.C. § 924(c)(1)(A)(ii) Using, Carrying, Brandishing a Firearm During and in Relation to a Crime of Violence

Date: Apr 11, 2023, 11:56 am

*Issuing officer's signature*

City and state: Yakima, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4/11/23, and the person was arrested on *(date)* 4/11/23
at *(city and state)* Yakima, WA.

Date: 4/11/23

Arrested within the E/WA
By: FBI - In custody
*Arresting officer's signature*
(Agency)
Executed on: 4/11/23
Sign: Reagan K Schyaner, USMS
*Printed name and title*