# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Yakima

| | |
|---|---|
| **USA v. LEO JOHN YALLUP** | **Case No.**    1:23-CR-2016-MKD-1 |

**Initial Appearance on Indictment:**      04/12/2023

| | |
|---|---|
| ☒ Pam Howard, Courtroom Deputy [Y] | ☒ Frances Walker, US Atty |
| | ☒ Alex B. Hernandez, III, Defense Atty |
| ☒ Erica Helms, US Probation / Pretrial Services Officer | ☒ Interpreter **NOT REQUIRED** |
| ☒ Defendant present ☒ in custody USM ☐ out of custody | ☐ Defendant not present / failed to appear |

| | |
|---|---|
| ☒ USA Motion for Detention | ☐ Rights given |
| ☐ USA not seeking detention | ☐ Acknowledgment of Rights filed |
| ☐ Financial Affidavit (CJA 23) filed | ☐ Defendant received copy of charging document |
| ☐ The Court will appoint the Federal Defenders | ☐ Defendant waived reading of charging document |
| ☐ Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ Charging document read in open court |
| ☐ PRE-Trial Services Report ordered | ☐ POST Pre-Trial Services Report ordered |
| ☐ AO Advice of Penalties/Sanctions filed | |

## REMARKS

    The Defendant appeared and acknowledged to the Court that their true and correct name is: LEO JOHN YALLUP.

    Court colloquy with Defendant regarding his ability to understand proceedings today. Defendant expresses his concerns to the Court about his inability to see and read the documents himself.

    Defense advised he does not know when Defendant is scheduled for medical appointments.

    U.S. Deputy Marshal Christopher Smith advised Defendant has a CT scan scheduled for Friday, April 14 and will also have an eye exam scheduled.

    Defense orally motioned for a continuance of the arraignment. Defendant agrees to continuance.

**The Court ordered:**
1. Defense oral motion to continue arraignment is **granted**.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Continuance of Arraignment Hearing:**
**04/17/2023 @ 11:00 a.m.**
**[S/JAG] (Video Conf)**
