# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
## Yakima

**USA v. LEO JOHN YALLUP**                    **Case No.   1:23-CR-02016-MKD-1**

Yakima Video Conference (JAG @ Spokane; Counsel and Defendant @ Yakima)
The Defendant agreed to appear via video conference.

### Arraignment/Initial Appearance on Indictment:                    04/17/2023

| | | | |
|---|---|---|---|
| ☒ | Ruby Mendoza, Courtroom Deputy [Y] | ☒ | Frances E. Walker, US Atty |
| | | ☒ | Paul Shelton, Defense Atty |
| ☒ | Melissa Orosco, Courtroom Deputy [S] | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Charging document read in open court |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☒ | POST Pre-Trial Services Report ordered |
| ☒ | Supplemental PRE-Trial Services Report ordered | | |
| ☐ | AO Advice of Penalties/Sanctions filed | | |

## REMARKS

The Defendant appeared and acknowledged to the Court that their true and correct name is: LEO JOHN YALLUP.

Defendant was assisted by counsel and advised of their rights and the allegations contained in the charging document.

"Not guilty" plea entered.

Discovery to be provided pursuant to the local rule on discovery.

Defense advised that Jail staff informed Mr. Yallup that counsel requested for him to be placed in Medical Isolation. That was not a request made by counsel.

USA advised that US Marshalls victim/witnesses of this case may be present during hearings due to staffing issues but will try to avoid.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.
2. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions,

including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.  Order forthcoming.

**Detention Hearing:**
**04/21/2023 @ 10:00 a.m. [Y/ACE]**