Paul E. Shelton
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Leo John Yallup

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Mary K. Dimke

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>    v.<br><br>Leo John Yallup,<br><br>                    Defendant. | No.  1:23-CR-2016-MKD<br><br>**Notice of Appearance** |

Please take notice that Paul E. Shelton of the Federal Defenders of Eastern Washington and Idaho hereby enters his appearance as counsel of record in this matter.  All future correspondence and court filings should be forwarded directly to the address listed above.

//

//

Dated:  April 17, 2023.

Notice of Appearance:  1

1

2

3

4

5

6

By s/ Paul E. Shelton
   Paul E. Shelton, 52337
   Federal Defenders of Eastern
   Washington and Idaho
   306 East Chestnut Avenue
   Yakima, Washington 98901
   (509) 248-8920
   (509) 248-9118 fax
   Paul_Shelton@fd.org

7

8

**Certificate of Service**

9

10

11

I hereby certify that on April 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Frances E. Walker, Assistant United States Attorney.

12

13

s/ Paul E. Shelton
Paul E. Shelton

14

15

16

17

18

19

20

21

22

23

24

25

Notice of Appearance:  2