Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Courtney R. Pratten
Todd Swensen
Assistant United States Attorneys
402 East Yakima Ave, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No.: 1:23-cr-02016-JLR-1 |
|---|---|
| Plaintiff, | |
| v. | Government's Sentencing Memorandum |
| LEO JOHN YALLUP, | |
| Defendant. | |

COMES NOW Plaintiff United States of America, by and through the United States Attorney for the Eastern District of Washington, Vanessa R. Waldref, and Courtney R. Pratten and Todd M. Swensen, Assistant United States Attorneys, submit this Sentencing Memorandum. On June 18, 2024, the Defendant pled guilty to Count 1 of a seven-count Indictment, which charged the Defendant with Assault on a Federal Officer with a Deadly Weapon, in violation of 18 U.S.C. §§ 111(b). The United States recommends the Court impose an above-Guidelines sentence of

UNITED STATES' SENTENCING
MEMORANDUM - 1
Case No. 1:23-CR-02016-JLR-1

eighty-four (84) months incarceration followed by a three (3)-year term of supervised release, and the $100.00 mandatory special assessment.

## I. OFFENSE LEVEL AND CRIMINAL HISTROY

The draft Presentence Investigation Report ("PSIR") provides for a Total Offense Level of 22 and a criminal history category of IV, resulting in a recommended Guideline range of incarceration of 63-78 months. ECF 98 ¶ 216. The United States agrees with a Total Offense Level of 22 as presented in the PSIR.

## II. DEPARTURES

The United States seeks an upward departure to eighty-four (84) months pursuant to U.S.S.G. §5K2.21. A Superseding Indictment, filed on October 11, 2023 (ECF No. 48), charged the Defendant with Assaulting a Federal Officer, in violation of 18 U.S.C. § 111(b) (Counts 1, 3, and 5); Brandishing, Carrying, and Using a Firearm During and In Relation to a Crime of Violence, that is Assault on Federal Officers, in violation of 18 U.S.C. § 924(c)(1)(A)(ii) (Counts 2, 4, and 6); and Being a Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8) Count 7). Based on the seven-count Superseding Indictment, the Defendant faced an additional 21 years to the 63-78-month Guidelines range; however, as part of the Plea Agreement (ECF No. 94), the United States has agreed to dismiss those Counts (2, 4, and 6).

//

### III. SENTENCING FACTORS UNDER 18 U.S.C. § 3553(a)

The United States has not identified any additional § 3553(a) factors other than those identified in the PSIR. An upward departure from the Guidelines to eighty-four (84) months imprisonment is a sufficient, but not greater than necessary, punishment in order to comply with the purposes set forth in 18 U.S.C. § 3553(a)(2), considering the factors listed in 18 U.S.C. § 3553(a).

Dated: September 3, 2024

        Vanessa R. Waldref
        United States Attorney

        Todd M. Swensen
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Nicholas Marchi.

Todd M. Swensen
Assistant United States Attorney

UNITED STATES' SENTENCING
MEMORANDUM - 4
Case No. 1:23-CR-02016-JLR-1