NICHOLAS MARCHI
Carney & Marchi, P.S.
7502 West Deschutes Place
Kennewick WA 99336
(509) 545-1055
Attorneys for Defendant

UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LEO JOHN YALLUP,<br><br>　　　　Defendant | Case No. CR14-09-JCC<br><br>DECLARATION OF DEFENDANT |

I, Leo John Yallup, being first duly sworn on oath deposes and says:

1. I am the defendant in this matter, and I make this declaration in support of my request to withdraw my plea. On June 18, 2024, I plead guilty to one count of Assault on a Federal Officer with a Deadly Weapon. I am scheduled for sentencing on September 17, 2024.

2. On August 27, 2024, my attorney was informed that the government was investigating me for a charge of murder. I was not advised of this fact prior to the entry of my Plea Agreement and pleading guilty. At no time was my attorney nor I ever informed that I was under investigation of a different charge.

3. In the Plea Agreement, the government stated that they agreed not to bring additional charges against me, which the government had in their possession at the time of my plea. I believe that this murder investigation is in breach of the plea agreement, and I move to withdraw my guilty plea. Had I been aware that I was

DECLARATION OF DEFENDANT - 1

being investigated and potentially charged with another crime, I would not have pleaded guilty.

4. A second reason I wish to withdraw my plea is, I was threatened by The US Marshalls on the day that I plead guilty. The Marshalls that were taking me to Court the day I plead guilty were also the U.S. Marshalls that were involved in my shooting. I was told that "if I make it hard for them, they will make it hard for me". Based on these actions, I feel that I was forced to plead guilty.

DATED this __3__ day of __Sept.__ 2024.

X _Leo Yallup_
LEO JOHN YALLUP

DECLARATION OF DEFENDANT - 2