FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 10, 2024
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEO JOHN YALLUP, <br><br> Defendant. | CASE NO. CR23-2016JLR <br><br> ORDER |

Before the court is Defendant Leo John Yallup's motion to withdraw his plea of guilty (Dkt. # 102). The court ORDERS:

1. The Government shall file a response to Mr. Yallup's motion by no later than **September 27, 2024**.

2. Mr. Yallup shall file any reply by no later than **October 8, 2024**.

3. The hearing on Mr. Yallup's motion will take place on **November 13, 2024** at 10:30 a.m. in Yakima.

ORDER - 1

4. Sentencing, currently set for September 17, 2024, is RESET to **November 13, 2024** at 10:30 a.m. in Yakima.

5. The revocation hearing in Cause No. CR15-2031 is RESET to **November 13, 2024** at 10:30 a.m. in Yakima.

IT IS SO ORDERED. The Clerk's Office is directed to enter this order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

Dated this 10th day of September, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2